1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
3  SEBASTIAN E. KAPLAN (CSB No. 248206)
   skaplan@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7  DAVID H. BERNSTEIN (admitted *pro hac vice*)
   dhbernstein@debevoise.com
8  CHARLES W. BAXTER (admitted *pro hac vice*)
   cwbaxter@debevoise.com
9  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
10 New York, New York 10022
   Telephone:     212.909.6696
11 Facsimile:     212.521.7696

12 JOHN MURPHY (admitted *pro hac vice*)
   jmurphy@aml.com.mx
13 AROCHI, MARROQUIN & LINDNER, S.C.
   Insurgentes Sur 1605- Piso 20
14 Col. San José Insurgentes
   03900 México D.F.
15 Telephone: (52 55) 41.70.20.50
   Facsimile: (52 55) 50.95.20.28
16
   Attorneys for Plaintiffs
17 ALEN USA, LLC and INDUSTRIAS
   ALEN, S.A. de C.V.
18
                    UNITED STATES DISTRICT COURT
19
                    NORTHERN DISTRICT OF CALIFORNIA
20
                    SAN FRANCISCO DIVISION
21

22 ALEN USA, LLC, and                    Case No.: 3:13-CV-05140-LB
   INDUSTRIAS ALEN, S.A. de C.V.,
23                                       **STIPULATION OF DISMISSAL WITH
          Plaintiffs,                    PREJUDICE**
24
      v.
25
   THE CLOROX COMPANY,
26
          Defendant.
27

28

STIPULATION OF DISMISSAL                                CASE NO.: 3:13-CV-05140-LB

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Industrias AlEn, S.A. de C.V. and AlEn USA, LLC and Defendant The Clorox Company hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees, expenses, and costs in connection with this action.

**IT IS SO STIPULATED.**

Dated: December 2, 2013         **FENWICK & WEST LLP**

                                By:     */s/ Andrew P. Bridges*
                                        Andrew P. Bridges

                                **Attorneys for Plaintiffs**
                                **INDUSTRIAS ALEN, S.A. de C.V. and**
                                **ALEN USA, LLC**

Dated: December 2, 2013         **KILPATRICK TOWNSEND & STOCKTON LLP**

                                By:     */s/ Gregory S. Gilchrist*
                                        Gregory S. Gilchrist

                                **Attorneys for Defendant**
                                **THE CLOROX COMPANY**

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I, Andrew P. Bridges, am the ECF User whose identification and password are being used to file this STIPULATION OF DISMISSAL WITH PREJUDICE. In compliance with Civil Local Rule 5-1, I hereby attest that all counsel listed above have concurred in this filing.

                                        */s/ Andrew P. Bridges*
                                        Andrew P. Bridges

STIPULATION OF DISMISSAL                                  CASE NO.: 3:13-CV-05140-LB